UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **MARGUERITE TAYLOR,** )<br>            **Plaintiff,** )<br>   v. )<br>      )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>**sued as Michael J. Astrue,** )<br>            **Defendant.** ) | Case No.  09-2095 |

## REPORT AND RECOMMENDATION

In November 2008, Administrative Law Judge (hereinafter "ALJ") Barbara Welsch denied Plaintiff Marguerite Taylor's application for disability insurance benefits.  The ALJ based her decision on findings that Plaintiff was capable of performing both past relevant work and a significant number of jobs that exist in the national economy; therefore, she was not disabled within the meaning of the Social Security Act.

In April 2009, Plaintiff, acting *pro se*, filed a Complaint (#1) against Defendant Michael Astrue, Commissioner of Social Security, seeking review of the final decision by the Commissioner of the Social Security Administration denying social security benefits.  In October 2009, Plaintiff filed a motion titled Motion of Review Hearing (#15) which the Court deems to be a motion for summary judgment.  In November 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#16).

After reviewing the administrative record and the parties' memoranda, this Court recommended, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's summary judgment motion (#15) be denied.  Consistent with the Court's reasoning in the Report and Recommendation denying motion (#15), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#16)** be **GRANTED**.

ENTER this 8th day of June, 2010.

                                                   s/ DAVID G. BERNTHAL
                                                   U.S. MAGISTRATE JUDGE