# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MARGUERITE TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2095 |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| sued as Michael J. Astrue, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On June 8. 2010, two Reports and Recommendations (#19, #20) were filed by Magistrate Judge David G. Bernthal in the above cause. More than fourteen (14) days have elapsed since the filing of the Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of Judge Bernthal are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations ([19], [20]) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment [15] is DENIED.

(3) Defendant's Motion for an Order Which Affirms to Commissioner's Decision [16] is GRANTED.

(4) This case is terminated.

ENTERED this 29th day of June, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE